AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In re Ex Parte Application of

Nokia Technologies Oy and Alcatel Lucent SAS,
*Plaintiff*

v.   Case No. 1:23-mc-00032

*Defendant*

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Applicants Nokia Technologies Oy and Alcatel Lucent SAS   .

Date:   11/9/2023

/s/ Kellen S. Dwyer
*Attorney's signature*

Kellen S. Dwyer, Virginia Bar No. 97625
*Printed name and bar number*

Alston & Bird LLP
950 F Street, NW
Washington, DC 20004-1404

*Address*

kellen.dwyer@alston.com
*E-mail address*

202-239-3300
*Telephone number*

202-239-3333
*FAX number*