IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| *In re Ex Parte Application of*<br><br>Nokia Technologies Oy and Alcatel Lucent SAS,<br><br>　　　　　Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Civil Action No. 1:23-mc-00032-RDA-WEF |

### NOTICE OF HEARING DATE ON APPLICANTS' *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

PLEASE TAKE NOTICE that on Friday, **November 17, 2023**, at 10:00 a.m., or as soon thereafter as the Applicants Nokia Technologies Oy and Alcatel Lucent SAS (together, the "Applicants") may be heard, Applicants shall present their *Ex Parte* Application for an Order pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings to the Court. This NOTICE is being submitted pursuant to the Court's request.

Respectfully submitted, this 14th day of November, 2023.

　　　　　　　　　　　　　　　　　　*/s/ Kellen S. Dwyer*
　　　　　　　　　　　　　　　　　　Kellen S. Dwyer
　　　　　　　　　　　　　　　　　　Virginia Bar No. 97625
　　　　　　　　　　　　　　　　　　Alston & Bird LLP
　　　　　　　　　　　　　　　　　　The Atlantic Building
　　　　　　　　　　　　　　　　　　950 F Street, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20004-1404
　　　　　　　　　　　　　　　　　　Ph: 202/239-3300
　　　　　　　　　　　　　　　　　　Fax: 202/239-3333
　　　　　　　　　　　　　　　　　　kellen.dwyer@alston.com

　　　　　　　　　　　　　　　　　　*Attorney for Applicants Nokia Technologies Oy and Alcatel Lucent SAS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2023, a true and correct copy of the foregoing document was filed via the CM/ECF system.  Further, I hereby certify that the foregoing document is being served via UPS Overnight Mail upon the following:

>Amazon.com, Inc.
>c/o Corporation Service Company
>251 Little Falls Drive
>Wilmington, DE 19808

>/s/ Kellen S. Dwyer
>Kellen S. Dwyer
>Virginia Bar No. 97625
>Alston & Bird LLP
>The Atlantic Building
>950 F Street, NW
>Washington, DC 20004-1404
>Ph: 202/239-3300
>Fax: 202/239-3333
>kellen.dwyer@alston.com
>
>*Attorney for Applicants Nokia Technologies Oy and Alcatel Lucent SAS*