IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 1:23-mc-00032-RDA, Case Name In re Ex Parte Application of Nokia Technologies Oy and Alcatel Lucent SAS

Party Represented by Applicant: Nokia Technologies OY and Alcatel Lucent SAS

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Ryan Koppelman
Bar Identification Number 290704     State California
Firm Name Alston & Bird LLP
Firm Phone # 213-576-1000     Direct Dial # 213 576 1009     FAX # 213-576-1100
E-Mail Address ryan.koppelman@alston.com
Office Mailing Address 333 South Hope Street, 16th Floor, Los Angeles, CA 90071

Name(s) of federal district court(s) in which I have been admitted See attached listing.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____     11/15/2023
(Signature)                          (Date)
Kellen Dwyer                         97625
(Typed or Printed Name)              (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ or Exemption Granted ☐

The motion for admission is GRANTED ☐ or DENIED ☐

_____     _____
(Judge's Signature)                  (Date)

**RYAN KOPPELMAN - LIST OF BAR AND COURT ADMISSIONS**

| COURT/BAR OF ADMISSION | DATE ADMITTED | IN GOOD STANDING |
|---|---|---|
| Florida Bar (Bar No. 909041) | 2004 | Yes |
| Georgia Bar (Bar No. 428404) | 2003 | Yes |
| California Bar (Bar No. 290704) | 2013 | Yes |
| United States Patent and Trademark Office (No. 58,307) | 2006 | Yes |
| United States District Court for the Central District of California | July 2013 | Yes |
| United States District Court for the Eastern District of California | April 2019 | Yes |
| United States District Court for the Northern District of California | July 2013 | Yes |
| United States District Court for the Southern District of California | Mar. 2013 | Yes |
| United States District Court for the District of Colorado | April 2016 | Yes |
| United States District Court for the Middle District of Florida | Sept. 2005 | Yes |
| United States District Court for the Southern District of Florida | Jan. 2005 | Yes |
| United States District Court for the Northern District of Georgia | April 2006 | Yes |
| United States Court of Appeals for the Federal Circuit | June 2010 | Yes |
| United States Court of Appeals for the Ninth Circuit | Sept. 2014 | Yes |