IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| *In re Ex Parte Application of* <br><br> Nokia Technologies Oy and Alcatel Lucent SAS, <br><br> Applicants, <br><br> For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings | CIVIL ACTION NO. 1:23-mc-00032 |

## ORDER GRANTING APPLICANTS' MOTION TO CONTINUE THE HEARING DATE ON APPLICANTS' EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

Counsel for Applicants Nokia Technologies Oy and Alcatel Lucent SAS filed a Motion to Continue Hearing Date on Applicants' *ex parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings on November 22, 2023. Having reviewed this submission and for good cause shown, the Court hereby **GRANTS** the Motion (Dkt. 6). It is ORDERDED that

The hearing on Applicant's Motion for Temporary Restraining Order that is currently scheduled for December 1, 2023, at 10:00am is hereby continued and rescheduled to December 15, 2023 at 10:00am.

DATED this 27th day of November, 2023.

Honorable William E. Fitzpatrick
United States Magistrate Judge
**EASTERN DISTRICT OF VIRGINIA**