AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

In re Ex Parte Application of

Nokia Technologies Oy and Alcatel Lucent SAS, )
*Plaintiff* )
v. ) Case No.  1:23-mc-00032
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Respondent Amazon.com, Inc.                                                             .

Date:  12/05/2023

/s/ Mary C. Zinsner
*Attorney's signature*

Mary C. Zinsner (VSB No. 31397)
*Printed name and bar number*
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW, Suite 1000
Washington, DC 20004

*Address*

mary.zinsner@troutman.com
*E-mail address*

(202) 274-1932
*Telephone number*

(202) 274-2994
*FAX number*