IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| *In re Ex Parte Application of*<br><br>Nokia Technologies Oy and Alcatel Lucent SAS,<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Civil Action No. 1:23-mc-00032-RDA-WEF |

**<u>STIPULATION AND ORDER TO PERMIT
INTERVENTION AND TRANSFER VENUE</u>**

Applicant Nokia[1] and Intervenor Amazon[2] hereby present this stipulation and proposed order for transfer of this Section 1782 Proceeding to the U.S. District Court for the District of Delaware.

Whereas, on October 27, 2023, Nokia filed a complaint against Amazon seeking declaratory judgment in the U.S. District Court for the District of Delaware. *Nokia Corp. et al. v. Amazon.com, Inc.*, No. 1:23-cv-01232-GBW (D. Del.) (Dkt. 1).

Whereas, on October 31, 2023, Nokia amended its declaratory judgment complaint to add claims for patent infringement and filed a second complaint for patent infringement against Amazon and certain named affiliates in the U.S. District Court for the District of Delaware. *Nokia Corp. et al. v. Amazon.com, Inc.*, No. 1:23-cv-01232-GBW (D. Del.) (Dkt. 5); *Nokia Technologies Oy. V. Amazon .com, Inc. et al.*, No. 1:23-cv-01236-GBW (D. Del.) (Dkt. 1).

Whereas, on November 9, 2023, Nokia filed its *Ex Parte* Section 1782 Application (the "Application") seeking the Court's authorization to serve a subpoena on Amazon for use in current and contemplated legal proceedings in Germany. *See* Dkt. No. 1.

Whereas, on November 14, 2023, Nokia filed a Notice of Hearing for its Application setting a hearing on Friday, November 17, 2023, 10:00 a.m. *See* Dkt. No. 4.

Whereas, on November 15, 2023, the Court reset the hearing for Nokia's Application to Friday, December 1, 2023, 10:00 a.m. *See* Docket Text Order.

Whereas, on November 17, 2023, Amazon upon receiving notice of the Application, notified Nokia that it intended to intervene and requested that Nokia stipulate to a continuance of the hearing to allow it sufficient time to evaluate the Application, and requested that Nokia agree

---

[1] Herein, Nokia Technologies Oy ("Nokia Technologies") and Alcatel Lucent SAS ("Alcatel Lucent") (collectively, "Nokia").
[2] Herein, Amazon.com, Inc. ("Amazon").

to transfer of this proceeding to the U.S. District Court for the District of Delaware, so the Application could be resolved together with pending patent litigation matters between Nokia and Amazon. *See* Case Nos. 1-23-cv-01236 and 1:23-cv-01232.

Whereas, on November 22, 2023, Nokia filed a Motion to Continue the hearing for its Application until Friday, December 15, 2023, 10:00 a.m., which the Court granted on November 27, 2023. *See* Dkt. Nos. 6, 7.

Whereas, Nokia and Amazon have conferred and agreed to transfer of this Section 1782 proceeding to the U.S. District Court for the District of Delaware, subject to the conditions and recitals below.

Now therefore, Nokia and Amazon hereby stipulate as follows and request entry of this stipulated order for transfer of this Section 1782 proceeding to the U.S. District Court for the District of Delaware:

1. Amazon asserts that it has sufficient interest in these proceedings to intervene as of right pursuant to Fed. R. Civ. P 24(a)(2). *See In re Rivada Networks*, 230 F. Supp. 3d 467, 472 (E.D. Va. 2017) ("no doubt that Rule 24(b) fits" intervention by party against whom discovery is sought by a 28 U.S.C. § 1782 application). Nokia consents to Amazon's intervention.

2. Nokia and Amazon consent to the transfer and submit that good cause exists to transfer this action to the U.S. District Court for the District of Delaware pursuant to 28 U.S.C. § 1404(b).

3. Amazon concedes for purposes of this Application only, and will not dispute, that Amazon "resides or is found" in Delaware for purposes of Nokia's Application and any subpoena that may issue as a result of the Application.

4. Amazon concedes for purposes of this Application only, and will not dispute, that

Amazon is within the geographic reach and subpoena power of the U.S. District Court for the District of Delaware for purposes of Nokia's Application and any subpoena that may issue as a result of the Application.

5. Amazon concedes for purposes of this Application only, and will not dispute, that the U.S. District Court for the District of Delaware has sufficient jurisdiction, power and authority to fully adjudicate Nokia's Application and enforce any subpoena that may issue as a result of the Application.

6. If the U.S. District Court for the District of Delaware determines for any reason, that it does not have sufficient jurisdiction, power or authority to fully adjudicate Nokia's Application and any subpoena that may issue as a result of the Application, the parties will promptly stipulate to transfer back to the U.S. District Court for Eastern District of Virginia for further proceedings.

7. If this Court transfers these proceedings to the U.S. District Court for the District of Delaware, Amazon agrees that it will not seek transfer of these proceedings, or proceedings relating to any subpoena that may issue as a result of the Application, except as provided in this stipulation or as consented to by Nokia.

8. If this Court transfers these proceedings to the U.S. District Court for the District of Delaware, Amazon agrees that it will not seek to stay these proceedings, or proceedings relating to any subpoena that may issue as a result of the Application.

9. Amazon agrees that it will not seek to transfer Delaware Case Nos. 1-23-cv-01236 and 1:23-cv-01232 to another District Court.

10. Amazon agrees that all proceedings concerning Nokia's Application and any subpoena that may issue as a result of the Application will be submitted in Delaware via the Court's

discovery dispute procedures that utilize letter briefs and telephonic hearings.

11. In light of the parties' stipulation, the December 15, 2023 hearing on the Application should be vacated.

12. Except as expressly provided specifically in this stipulation, nothing in this stipulation shall be construed as a waiver of or with prejudice to Amazon's right to oppose the Application or object to discovery under any subpoena that may issue as a result of the Application.

13. Except as expressly provided specifically in this stipulation, nothing in this agreement shall bind Amazon in any other matter, and Amazon does not waive any objections to jurisdiction, venue, or any other issue in matters unrelated to this Application.

Dated: December 5, 2023

| | |
|---|---|
| */s/ Mary C. Zinser (w/ permission)* | */s/ Kellen Dwyer* |
| Mary C. Zinser | Kellen Dwyer |
| Virginia State Bar No. 31397 | Virginia State Bar No. 97625 |
| mary.zinsner@troutman.com | kellen.dwyer@alston.com |
| **TROUTMAN PEPPER HAMILTON SANDERS LLP** | **ALSTON & BIRD** |
| 401 9th Street, N.W., Suite 1000 | 950 F Street NW |
| Washington, D.C. 20004 | Washington, DC 20004 |
| (202) 274-2950 | Telephone: (202) 239-3300 |
| | |
| Robert A. Angle | Ryan W. Koppelman (*Pro Hac Vice*) |
| Virginia State Bar No. 37691 | California State Bar No. 290704 |
| robert.angle@troutman.com | ryan.koppelman@alston.com |
| Laura Anne Kuykendall | **ALSTON & BIRD** |
| Virginia State Bar No. 82318 | 333 South Hope Street |
| la.kuykendall@troutman.com | Los Angeles, CA 90071 |
| **TROUTMAN PEPPER HAMILTON SANDERS LLP** | Telephone: (213) 576-1100 |
| 1001 Haxall Point, 15th Floor | **ATTORNEYS FOR APPLICANT NOKIA TECHNOLOGIES AND ALCATEL LUCENT SAS** |
| Richmond, VA 23219 | |
| (804) 697-1200 | |
| | |
| **ATTORNEYS FOR PROPOSED INTERVENOR-RESPONDENT AMAZON.COM, INC.** | |

4

## ORDER TO PERMIT INTERVENTION AND TRANSFER VENUE

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. IT IS **HEREBY ORDERED** that the stipulation is **GRANTED**, Amazon.com, Inc.'s request to intervene is **GRANTED**, and this matter is transferred to the U.S. District Court for the District of Delaware. The hearing currently set for December 15, 2023 is hereby **VACATED**.

Dated: December 6, 2023

*William E. Fitzpatrick*
HON. WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE