# U.S. District Court
# Eastern District of Virginia – (Alexandria)
# CIVIL DOCKET FOR CASE #: 1:23–mc–00032–RDA–WEF

In Re: Nokia Technologies Oy
Assigned to: District Judge Rossie D. Alston, Jr
Referred to: Magistrate Judge William E. Fitzpatrick
Cause: 28:1782 Letter Rogatory

Date Filed: 11/09/2023

**Movant**

Nokia Technologies Oy     represented by    **Ryan Koppelman**
Alston & Bird LLP (CA–NA)
333 South Hope Street
16th Floor
Los Angeles, CA 90071
**NA**
213–576–1000
Fax: 213–576–1100
Email: ryan.koppelman@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kellen Dwyer**
Alston & Bird
950 F. St NW
Washington, DC 20009
717–817–1562
Email: kellen.dwyer@alston.com
*ATTORNEY TO BE NOTICED*

**Movant**

Alcatel Lucent SAS     represented by    **Ryan Koppelman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kellen Dwyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

Amazon.com, Inc.     represented by    **Mary Catherine Zinsner**
Troutman Pepper Hamilton Sanders LLP (DC)
401 9th St NW
Suite 1000
Washington, DC 20004
202–274–1932
Fax: 703–734–4340
Email: mary.zinsner@troutman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2023 | Ï 1 | Ex Parte Application of Nokia Technologies Oy and Alcatel Lucent SAS *for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for use in Foreign Proceedings and Memorandum in Support Thereof* ( Filing fee $ 49, receipt number AVAEDC–9213678.), filed by Nokia Technologies Oy, Alcatel Lucent SAS. (Attachments: # 1 Proposed Order Granting Leave to Obtain Discovery, # 2 Civil Cover Sheet, # 3 Declaration of Ryan W. Koppelman, # 4 Exhibit A to the Declaration of Ryan W. Koppelman – EP 2 774 375 B1, # 5 Exhibit B to the Declaration of Ryan W. Koppelman – EP 2 375 749 B1, # 6 Exhibit C to the Declaration of Ryan W. Koppelman – EP 2 399 207 B1, # 7 Proposed Subpoena, # 8 Declaration of Tim Smentkowski)(Dwyer, Kellen) Modified to correct filing event on 11/14/2023 (Dest). (Entered: 11/09/2023) |
| 11/09/2023 | Ï 2 | NOTICE of Appearance by Kellen Dwyer on behalf of Alcatel Lucent SAS, Nokia Technologies Oy (Dwyer, Kellen) (Entered: 11/09/2023) |
| 11/09/2023 | Ï 3 | Corporate Disclosure Statement by Alcatel Lucent SAS, Nokia Technologies Oy. (Dwyer, Kellen) (Entered: 11/09/2023) |
| 11/09/2023 | Ï | Initial Case Assignment to District Judge Rossie D. Alston, Jr and Magistrate Judge William E. Fitzpatrick. (Sbro) (Entered: 11/13/2023) |
| 11/14/2023 | Ï | Notice of Correction re 1 Ex Parte Application of Nokia Technologies Oy and Alcatel Lucent SAS *for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for use in Foreign Proceedings and Memorandum in Support Thereof*. Unfortunately the document was filed without a Notice of Hearing Date. The filing user has been notified to file a Notice of Hearing Date, or a Notice of Waiver of Oral Argument. (Dest) (Entered: 11/14/2023) |
| 11/14/2023 | Ï 4 | Notice of Hearing Date set for Friday, November 17, 2023, at 10:00 a.m. re 1 Ex Parte Motion (Dwyer, Kellen) (Entered: 11/14/2023) |
| 11/15/2023 | Ï | Set Deadline (per WEF Chambers) as to 1 Ex Parte Motion. Motion Hearing set for 12/1/2023 at 10:00 AM in Alexandria Courtroom 500 before Magistrate Judge William E. Fitzpatrick. (wgar, ) (Entered: 11/15/2023) |
| 11/15/2023 | Ï 5 | Motion to appear Pro Hac Vice by Ryan Koppelman and Certification of Local Counsel Kellen Dwyer Filing fee $ 75, receipt number AVAEDC–9221781. by Alcatel Lucent SAS, Nokia Technologies Oy. (Dwyer, Kellen) (Entered: 11/15/2023) |
| 11/22/2023 | Ï 6 | MOTION to Continue *the December 1, 2023 Hearing Date (Unopposed)* by Alcatel Lucent SAS, Nokia Technologies Oy. (Attachments: # 1 Proposed Order)(Dwyer, Kellen) (Entered: 11/22/2023) |
| 11/27/2023 | Ï 7 | Having reviewed this submission and for good cause shown, the Court hereby GRANTS the Motion 6 . It is ORDERED that The hearing on Applicant's Motion for Temporary Restraining Order that is currently scheduled for December 1, 2023 at 10:00 am is hereby continued and rescheduled to December 15, 2023 at 10:00 am. Signed by Magistrate Judge William E. Fitzpatrick on 11/27/23. (tfitz, ) (Entered: 11/27/2023) |
| 11/27/2023 | Ï | [**VACATED**] Set/Reset Deadlines as to 1 Ex Parte Motion. Motion Hearing reset for 12/15/2023 at 10:00 AM in Alexandria Courtroom 500 before Magistrate Judge William E. Fitzpatrick. (tfitz, ) Modified on 12/6/2023 (Dest, ). (Entered: 11/27/2023) |
| 11/29/2023 | Ï 8 | ORDER granting 5 Motion for Pro hac vice Appointed Ryan Koppelman for Alcatel Lucent SAS,Ryan Koppelman for Nokia Technologies Oy. Signed by District Judge Rossie D. Alston, Jr on 11/29/2023. (swil) (Entered: 11/30/2023) |
| 12/05/2023 | Ï 9 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Mary Catherine Zinsner on behalf of Amazon.com, Inc. (Zinsner, Mary) (Entered: 12/05/2023) |
| 12/05/2023 | 10 | STIPULATION *(Joint) and Proposed Order to Permit Intervention and Transfer Venue* by Alcatel Lucent SAS, Nokia Technologies Oy. (Dwyer, Kellen) (Entered: 12/05/2023) |
| 12/06/2023 | 11 | STIPULATION and ORDER to Permit Intervention and Transfer Venue in re 10 STIPULATION *(Joint) and Proposed Order to Permit Intervention and Transfer Venue* (see Order for further details). Signed by Magistrate Judge William E. Fitzpatrick on 12/6/2023. (Dest) (Entered: 12/06/2023) |