# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Request from Germany*[1] <br><br> Nokia Technologies Oy and Alcatel Lucent SAS, <br><br> Petitioners, <br><br> v. <br><br> Amazon.com Inc. <br><br> Respondent. | C.A. No. 23-cv-1395-UNA |

## NOTICE OF RELATED CASES

Pursuant to D. Del. LR 3.1(b), Petitioners note that this action is related to *Nokia Corp., et al. v. Amazon.com, Inc., et al.* (C.A. No. 23-cv-1232-GBW) and *Nokia Technologies Oy. v. Amazon .com, Inc., et al.* (C.A. No. 23-cv-1236-GBW).

| | |
|---|---|
| Dated: December 7, 2023 | Respectfully submitted, |
| Of Counsel: | FARNAN LLP |
| Ryan W. Koppelman <br> ALSTON & BIRD <br> 333 South Hope Street <br> Los Angeles, CA 90071 <br> ryan.koppelman@alston.com | /s/ Brian E. Farnan <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 N. Market St., 12th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 777-0300 <br> Fax: (302) 777-0301 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Petitioners* |

---

[1] The case caption in the E.D. Va. prior to the transfer of this case was *In Re: Nokia Technologies*. During transfer, it appears the caption was changed in a potentially confusing way to "In re Request from Germany." To avoid confusion, there is no "request from Germany" but instead an application under U.S. law to serve a subpoena in support of litigation in Germany.