IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Request from Germany*[1]<br><br>Nokia Technologies Oy and Alcatel Lucent SAS,<br><br>Petitioners,<br><br>v.<br><br>Amazon.com Inc.<br><br>Respondent. | C.A. No. 23-cv-1395-UNA |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Michael J. Farnan of Farnan LLP as attorney of record on behalf of Petitioners Nokia Technologies Oy and Alcatel Lucent SAS in this matter.

Dated: December 11, 2023

Of Counsel:

Ryan W. Koppelman
ALSTON & BIRD
333 South Hope Street
Los Angeles, CA 90071
ryan.koppelman@alston.com

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Petitioners*

---

[1] The case caption in the E.D. Va. prior to the transfer of this case was *In Re: Nokia Technologies*. During transfer, it appears the caption was changed in a potentially confusing way to "In re Request from Germany." To avoid confusion, there is no "request from Germany" but instead an application under U.S. law to serve a subpoena in support of litigation in Germany.