IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Request from Germany*[1]<br><br>Nokia Technologies Oy and Alcatel Lucent SAS,<br><br>Petitioners,<br><br>v.<br><br>Amazon.com Inc.<br><br>Respondent. | C.A. No. 23-cv-1395-UNA |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Brian E. Farnan of Farnan LLP as attorney of record on behalf of Petitioners Nokia Technologies Oy and Alcatel Lucent SAS in this matter.

Dated: December 11, 2023

Of Counsel:

Ryan W. Koppelman
ALSTON & BIRD
333 South Hope Street
Los Angeles, CA 90071
ryan.koppelman@alston.com

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Petitioners*

---

[1] The case caption in the E.D. Va. prior to the transfer of this case was *In Re: Nokia Technologies*. During transfer, it appears the caption was changed in a potentially confusing way to "In re Request from Germany." To avoid confusion, there is no "request from Germany" but instead an application under U.S. law to serve a subpoena in support of litigation in Germany.