# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Request from Germany* <br><br> Nokia Technologies Oy and Alcatel Lucent SAS, <br><br>　　　　　Petitioners, <br><br>　　　v. <br><br> Amazon.com Inc. <br><br>　　　　　Respondent. | C.A. No. 23-cv-1395-GBW |

**PETITIONERS' STATEMENT PURSUANT TO D. DEL. LR 81.2**

　　　Petitioners submit this Statement in accordance with Local Rule 81.2. There is a dispute between the parties concerning whether the Court should grant Nokia's 1782 Application allowing Nokia to serve its proposed subpoena on Amazon. The parties intend to submit the dispute to the Court next week pursuant to the Court's discovery dispute procedures.

Dated: December 28, 2023

Of Counsel:

Ryan W. Koppelman
ALSTON & BIRD
333 South Hope Street
Los Angeles, CA 90071
ryan.koppelman@alston.com

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Petitioners*