

January 2, 2024

**VIA E-FILING**
The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re:     ***In Re: Request from Germany* (23-cv-1395-GBW)**

Dear Judge Williams,

In this matter, Applicant Nokia Technologies Oy ("Nokia Technologies") and Alcatel Lucent SAS ("Alcatel Lucent") (collectively, "Nokia") seeks to serve a subpoena on Amazon.com, Inc. ("Amazon") under 27 U.S.C. § 1782 (the "Application"). Nokia originally filed its *ex parte* application under § 1782 in the United States District Court for the Eastern District of Virginia. The parties stipulated both to Amazon's intervention with respect to the Application and to transfer of the Application to this Court. (D.I. 11) (the "Stipulated Order"). Nokia contends that it requires the discovery sought in the contemplated subpoena as part of its prosecution of pending and contemplated foreign patent litigation proceedings in Germany. (D.I. 1.)  Amazon disputes the relevance of the requested discovery to those proceedings and the propriety of issuing a subpoena under § 1782, and will therefore oppose the Application.

Pursuant to Paragraph 10 of the Stipulated Order (D.I. 11), the parties agreed that "all proceedings concerning Nokia's Application and any subpoena that may issue as a result of the Application will be submitted in Delaware via the Court's discovery dispute procedures that utilize letter briefs and telephonic hearings." Accordingly, the parties write to request the scheduling of a discovery teleconference.

Delaware Counsel and Lead Counsel for the parties participated in a verbal meet and confer by telephone on December 27, 2023. The participants included:

**Delaware Counsel:**

Brian Farnan of Farnan LLP, on behalf of Petitioner, Nokia.

Jeremy Tigan of Morris, Nichols, Arsht & Tunnell LLP, on behalf of Respondent, Amazon.

**Lead Counsel:**

Ryan W. Koppelman of Alston & Bird LLP, on behalf of Petitioner, Nokia.

Todd Gregorian of Fenwick & West LLP, on behalf of Respondent, Amazon.

The dispute requiring judicial attention is whether the Court should grant Nokia's 1782 Application allowing Nokia to serve its proposed subpoena on Amazon.

2

Amazon's Lead Counsel will be unavailable on January 4–11 and respectfully asks the Court to consider these scheduling conflicts when setting this matter for hearing.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (Via E-Filing)