IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOKIA CORPORATION and <br> NOKIA TECHNOLOGIES OY, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC. and <br> AMAZON.COM SERVICES, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 23-1232 (GBW) |
| NOKIA TECHNOLOGIES OY, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br> AMAZON.COM SERVICES, LLC and <br> TWITCH INTERACTIVE, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 23-1236 (GBW) |
| NOKIA TECHNOLOGIES OY and <br> ALCATEL LUCENT SAS, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 23-1395 (GBW) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of J. David Hadden of FENWICK & WEST LLP to represent defendants Amazon.com, Inc., Amazon.com Services, LLC and Twitch Interactive, Inc. in these matters.

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            */s/ Jeremy A. Tigan*

                                            _____
                                            Jack B. Blumenfeld (#1014)
                                            Jeremy A. Tigan (#5239)
                                            1201 North Market Street
                                            P.O. Box 1347
                                            Wilmington, DE  19899
                                            (302) 658-9200
                                            jblumenfeld@morrisnichols.com
                                            jtigan@morrisnichols.com

                                            *Attorneys for Defendants Amazon.com, Inc.,*
                                            *Amazon.com Services, LLC and*
                                            *Twitch Interactive, Inc.*

January 18, 2024

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of J. David Hadden is granted.

Dated: _____                          _____
                                                                              United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/24, I further certify that the annual fee of $50.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: <u>January 18, 2024</u>         <u>*/s/ J. David Hadden*         </u>
                                    J. David Hadden
                                    FENWICK & WEST LLP
                                    801 California Street
                                    Mountain View, CA 94041
                                    (650) 988-8500
                                    dhadden@fenwick.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 18, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Warren H. Lipschitz, Esquire<br>Alexandra F. Easley, Esquire<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1200<br>Dallas, TX  75224<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| R. Mitch Verboncoeur, Esquire<br>Joshua Budwin, Esquire<br>MCKOOL SMITH, P.C.<br>303 Colorado Street, Suite 2100<br>Austin, TX  78701<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Kevin Burgess, Esquire<br>MCKOOL SMITH, P.C.<br>104 East Houston Street, Suite 300<br>Marshall, TX  75670<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Joshua J. Newcomer, Esquire<br>MCKOOL SMITH, P.C.<br>600 Travis Street, Suite 7000<br>Houston, TX  77002<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

Theodore Stevenson, III, Esquire *VIA ELECTRONIC MAIL*
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
*Attorneys for Plaintiffs*

John D. Haynes, Esquire *VIA ELECTRONIC MAIL*
Nicholas T. Tsui, Esquire
Shawn Gannon, Esquire
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
*Attorneys for Plaintiffs*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)