**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Nokia Technologies Oy and Alcatel Lucent SAS, | Civil Action No. 1:23-cv-01395-GBW |
| Petitioners, | |
| v. | |
| Amazon.com, Inc., | |
| Respondent. | |

**DECLARATION OF BRUCE LI**

I, Bruce Li, hereby declare as follows:

1.      I am a Senior Software Engineer for Respondent Amazon.com, Inc. ("Amazon"). I have worked in this role at Amazon since 2022, and I have been a software engineer at Amazon since 2016.  I make this declaration in support of Amazon's opposition to Nokia Technologies Oy and Alcatel Lucent SAS' (collectively, "Nokia") application for an order pursuant to 28 U.S.C. § 1782.  I have personal knowledge of the facts set forth below.

2.      I have reviewed the document requests attached to Nokia's proposed subpoena to Amazon.  These requests seek highly confidential information, including all source code, "technical documents," technical schematics or diagrams, and "[u]nencrypted copies of HEVC bitstreams" relating to all software or hardware that enables video encoding for Amazon's streaming services, including Prime Video, Twitch, and Freevee.  For example, the source code requested by the proposed subpoena includes code related to specific proprietary methods and algorithms Amazon uses for encoding, decoding, and streaming video.  *See, e.g.*, Dkt. 1-7 at Request Nos. 6, 9, 12, 15, 16, 17, 19.

3.      This information is kept confidential and protected from public disclosure.  To my knowledge, Amazon has not disclosed this information to anyone outside of Amazon except under the protection of a confidentiality agreement or protective order.

4.      Amazon's methods to preserve confidentiality include requiring password-protection, encryption, limiting the number of employees who have access, and requiring that any persons who have access are first required to enter into non-disclosure agreements prohibiting the publication or distribution of such information.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on January 29, 2024

_Bruce Li_

_____
Bruce Li

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 30, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 30, 2024, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                    *VIA ELECTRONIC MAIL*
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington DE  19801
*Attorneys for Petitioners*

Ryan W. Koppelman, Esquire                          *VIA ELECTRONIC MAIL*
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA  90071
*Attorneys for Petitioners*

Kellen Dwyer, Esquire                                      *VIA ELECTRONIC MAIL*
ALSTON & BIRD LLP
950 F. St NW
Washington, DC 20009
*Attorneys for Petitioners*

Mary Catherine Zinsner, Esquire                     *VIA ELECTRONIC MAIL*
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW
Washington, DC 20009
*Attorneys for Petitioners*

*/s/ Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)