IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Request from Germany*[1]<br><br>Nokia Technologies Oy and Alcatel Lucent SAS,<br><br>        Petitioners,<br><br>    v.<br><br>Amazon.com Inc.<br><br>        Respondent. | C.A. No. 23-cv-1395-GBW |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Ryan W. Koppelman of Alston & Bird LLP to represent Petitioners Nokia Technologies Oy and Alcatel Lucent SAS in this matter.

Dated: January 31, 2024

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

*Attorneys for Petitioners*

---

[1] The case caption in the E.D. Va. prior to the transfer of this case was *In Re: Nokia Technologies*. During transfer, it appears the caption was changed in a potentially confusing way to "In re Request from Germany." To avoid confusion, there is no "request from Germany" but instead an application under U.S. law to serve a subpoena in support of litigation in Germany.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                    _____
                                                                      United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California, Florida, and Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $50.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

| | |
|---|---|
| Date: January 30, 2024 | /s/ *Ryan W. Koppelman* <br> Ryan W. Koppelman <br> ALSTON & BIRD <br> 333 South Hope Street <br> Los Angeles, CA 90071 <br> ryan.koppelman@alston.com |