

April 9, 2024

**VIA E-FILING**
The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re:   In Re: Request from Germany
   C.A. No. 23-cv-1395-GBW

Dear Judge Williams,

This action relates to the application of Nokia Technologies Oy ("Nokia Technologies") and Alcatel Lucent SAS ("Alcatel Lucent") (collectively, "Nokia") under 27 U.S.C. § 1782 to serve a subpoena on Amazon.com, Inc. ("Amazon") to obtain discovery for purposes of an action pending in Germany.

The parties agreed to follow the Court's discovery dispute procedure to resolve Amazon's objections and, on January 24, 2024, the Court entered an Oral Order setting a briefing schedule. (D.I. 24).   Pursuant to the Court's Oral Order, Amazon filed its opening letter on January 30, 2024 (D.I. 25) and Nokia filed its answering letter on February 2, 2024. (D.I. 30).

In the parallel German case where Nokia is asserting one the three patents at issue (the EP '207 patent related CDN technology), the court set August 8, 2024 as Nokia's deadline for the last brief to submit any evidence obtained in this proceeding.  Given the time it will take to obtain the discovery from Amazon if the application is granted, Nokia respectfully requests that the Court rule on the application at its earliest convenience understanding Your Honor's crowded docket and heavy caseload.   We are also available for a hearing at the Court's convenience if desired by the Court.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (Via E-Filing)

919 N. MARKET STREET, 12TH FLOOR, WILMINGTON, DE 19801
PHONE: (302) 777–0300·FAX: (302) 777–0301·WWW.FARNANLAW.COM