# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@morrisnichols.com

April 10, 2024

The Honorable Gregory B. Williams  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re: *In re: Request from Germany*, C.A. No. 23-1395 (GBW)

Dear Judge Williams:

We write on behalf of Amazon in response to Nokia's letter submitted yesterday (D.I. 32) to provide the Court with additional information about the parties' discussions regarding use of discovery in foreign proceedings.

Counsel for Amazon and has been conferring with counsel for Nokia since March 11, 2024, seeking permission from Nokia to use a limited set of documents in foreign litigation, including the German actions that are the subject of Nokia's Section 1782 application. The documents at issue have already been produced to Amazon and other parties in parallel proceedings before the International Trade Commission. Thus, to Amazon's knowledge, its request would not require Nokia to conduct any new search for documents, nor would it require this Court to referee follow-on discovery disputes about scope or burden. It appears that Nokia's letter was prompted by Amazon's request, in an effort to obtain a ruling before the parties' impasse on this new much narrower dispute, and Nokia's positions on it, come to the Court's attention.

Absent a satisfactory resolution of those issues, Amazon intends to file its own Section 1782 application within a week, requesting the narrow set of documents from Nokia. Amazon respectfully submits that, for reasons of fairness and efficiency, the parties' Section 1782 applications should be considered and resolved together.

The Honorable Gregory B. Williams
April 10, 2024
Page 2

                              Respectfully,

                              */s/ Jack B. Blumenfeld*

                              Jack B. Blumenfeld (#1014)

JBB:ds
cc:     Clerk of the Court (via hand delivery)
         All Counsel of Record (via CM/ECF and e-mail